# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

HOPPENSTEIN PROPERTIES INC.
Plaintiff

v.

3:21-cv-01172
Civil Action No.

CITY OF DALLAS, et al.
Defendant

## CERTIFICATE OF INTERESTED PERSONS
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

Plaintiff Hoppenstein Properties Inc.

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

None.

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

HOPPENSTEIN PROPERTIES INC., JACKSON HEWITT TAX SERVICES; SOUTH DALLAS GRILL, DOLLAR STORE PLUS, METRO PCS, HOLLYWOOD NAIL, MEN'S AND WOMEN'S WEAR, TOTAL FASHION, FAMILY DOLLAR STORE INC., SMILE ZONE, LEVEL FASHION 1, ACE CASH EXPRESS, DONUTS 4 U, B&B CUTS & STYLES,

| | |
|---|---|
| Date: | 05/24/2021 |
| Signature: | /Warren V. Norred/ |
| Print Name: | Warren V. Norred |
| Bar Number: | 24045094 |
| Address: | 515 E. Border |
| City, State, Zip: | Arlington, TX 76010 |
| Telephone: | 817-704-3984 |
| Fax: | 817-524-6686 |
| E-Mail: | warren@norredlaw.com |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil/Other Documents/Certificate of Interested Persons